UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

    Plaintiff,

v.

CHEW LUN BENEVOLENT ASSOCIATION,

    Defendant.

Case No. 21-cv-04547-SK

**ORDER TO SHOW CAUSE**

Plaintiff filed this action on June 14, 2021. Default was entered against Defendant Chew Lun Benevolent Association on August 24, 2021. However, Plaintiff has not yet filed a motion for default judgment. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than December 7, 2021 why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by December 7, 2021, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 29, 2021

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge