UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHEW LUN BENEVOLENT ASSOCIATION,<br><br>　　　　　　Defendant. | Case No. 21-cv-04547-SK<br><br>**FURTHER ORDER TO SHOW CAUSE** |

On November 29, 2021, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute based on Plaintiff's failure to file a motion for default judgement three and a half months after default had been entered. The Court set a deadline of December 7, 2021 to respond to the OSC. Plaintiff filed a motion for default judgment on December 7, 2021 but did not file any written response to the OSC as required. The requirement to respond to the OSC was not optional. Therefore, the Court issues a FURTHER Order to Show Cause in writing by no later than December 17, 2021 why Plaintiff's counsel should not be personally sanctioned in the amount of $500 for failing to diligently prosecute this case and to follow the Court's Orders.

**IT IS SO ORDERED**.

Dated: December 8, 2021

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge