UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHEW LUN BENEVOLENT ASSOCIATION,<br><br>          Defendant. | Case No. 21-cv-04547-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 14 |

The Court has reviewed Plaintiff's response to the Order to Show Cause ("OSC"). Plaintiff's counsel states that counsel was unaware of a deadline to file a motion for default judgment. (Dkt. No. 15-1, ¶ 7.) There is not a formal deadline to file a motion for default judgment. Rather there is merely an obligation to diligently prosecute a case. In light of counsel implementing a policy to calendar deadlines for default judgments within 90 days of default being entered, the Court HEREBY DISCHARGES the OSC. (*Id.*, ¶ 8.)

**IT IS SO ORDERED**.

Dated: January 3, 2022

_____
SALLIE KIM
United States Magistrate Judge