UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEW LUN BENEVOLENT ASSOCIATION,<br><br>　　　　Defendant. | Case No. 21-cv-04547-JSW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 28, 31 |

On April 29, 2022, the Court adopted the Report and Recommendation issued by Magistrate Judge Kim recommending that the Court deny Plaintiff's motion for default judgment. Plaintiff has taken no further action to prosecute this case. Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a response to this Order to Show Cause, which shall include a statement of his plans for moving this litigation forward, by June 3, 2022. The Court advises Plaintiff that a dismissal or a renewed motion for default judgment shall not suffice to discharge this Order to Show Cause.

If Plaintiff fails to file a timely response to this Order, the Court will dismiss this case with prejudice for failure to prosecute and, in light of the history of this case, will issue an additional referral to the Court's Standing Committee on Professional Conduct. (*See* Dkt. Nos. 26-27.)

**IT IS SO ORDERED**.

Dated: May 19, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　United States District Judge