Center for Disability Access
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Orlando Garcia,**

    Plaintiff,

v.

**Chew Lun Benevolent Association; and Does 1-10,**

    Defendants

Case No.: 4:21-cv-04547-JSW

**NOTICE OF VOLUNTARY DISMISSAL**

**[Fed. R. Civ. P. 41(a)(1)(A)(i)]**

Plaintiff hereby dismisses the entire action with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dismissal is appropriate without a Court Order as the defendant has neither answered nor filed a motion for summary judgment.

Dated: June 16, 2022

CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff

Dated: June 16, 2022

[Court seal: GRANTED — Judge Jeffrey S. White — United States District Court, Northern District of California]